UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

**U.S.A. vs. Anthony Zigler**                                    **Docket No. 21-20354-28**

**Petition for Action on Conditions of Pretrial Release**

**COMES NOW** Brandi Baltes, Supervisory U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant, Anthony Zigler, who was placed under pretrial release supervision by United States Magistrate Judge Kimberly G. Altman sitting in the court at Detroit, Michigan on June 10, 2021, with the following conditions of release:

1. Report as directed to Pretrial Services
2. Continue or actively seek employment and provide verification to the supervising officer
3. Avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution, including but not limited to, co-defendants and any member of a gang
4. Do not possess a firearm, destructive devices, or other dangerous weapons; Remove all firearms, destructive devices, or other dangerous weapons from the bond address and provide verification to the supervising officer with 48 hours of release
5. Do not unlawfully possess a narcotic drug or other controlled substance unless prescribe by a licensed medical practitioner
6. Submit to location monitoring with GPS technology under Curfew restriction as directed by Pretrial Services and pay all or a portion of the cost of the program based on ability to pay as determined by Pretrial Services

On April 5, 2022, the defendant's location monitoring restriction was changed to Stand-Alone Monitoring.

**Respectfully presenting petition for action of court and for cause as follows**:

On August 12, 2024, Detroit Police Department executed a search warrant at the defendant's address locating a rifle in his bedroom. The search occurred following an alleged aggravated assault several days' prior between the defendant and his girlfriend's adult son who suffered significant injuries to the face and right shoulder with the defendant named as the assailant (see attached report). The defendant was not present during the search warrant execution, however, was arrested a short time later after being spotted at a nearby bus stop in the city of Detroit.

No formal charges have been filed at this time; however, the defendant remains lodged at the Detroit Detention Center while a warrant is prepared for submission to the Prosecutor's Office with an anticipated arraignment on Wednesday, August 14, 2024. A copy of the arrest report and inventory of seized item(s) at the residence has been procured.

**PRAYING THAT THE COURT WILL ORDER** the defendant's bond be cancelled and a warrant issued for his arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2024

Respectfully,

**/s/ Brandi Baltes**

Supervisory U.S. Pretrial Services Officer

Place: Detroit, Michigan

Date: August 13, 2024

**THE COURT ORDERS:**

[ ]   No Action

[ ]   Modification of Pretrial Conditions as Requested

[ ]   Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[X]   The Issuance of a Warrant [check all applicable below]
    [X]   Bond Cancellation
    [ ]   Defendant to appear before the Judge assigned to the case
    [X]   Defendant to appear before the Duty Magistrate Judge
    [ ]   Defendant is to immediately begin his custodial term with the Bureau of Prisons

[ ]   The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ]   Other

ORDER OF COURT

Considered and ordered this ___13th___ day of ___August___, 20_24_ and ordered filed and made a part of the records in the above case.

*Jonathan JC Grey*

United States District Court Judge

Jonathan J.C. Grey