# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

United States of America,

      Plaintiff,

                        Case No.  21-20354

v.                      HON. JONATHAN J.C. GREY

Anthony Zigler,

      Defendant.

_____/

## ORDER FOR LUNCHEON FOR JURORS

IT IS ORDERED that the fourteen (14)  jurors in the above case be furnished their luncheon at the expense of the United States for April 14, 2025 and to continue for the duration of the deliberations.

**SO ORDERED.**

                        **s/Jonathan J.C. Grey**
                        JONATHAN J.C. GREY
                        United States District Judge

Dated: April 14, 2025